979 A.2d 449 (2009)
MILLER
v.
COMM. OF PA.
Nos. 1603CD08, 1604CD08, 1605CD08, 1606CD08, 1607CD08, 1608CD08, 1609CD08, 1610CD08, 1611CD08, 1612CD08, 1613CD08, 1614CD08, 1615CD08, 1616CD08, 1617CD08, 1618CD08, 1619CD08, 1620CD08, 1621CD08, 1622CD08, 1623CD08, 1624CD08, 1625CD08, 1626CD08, 1627CD08, 1628CD08, 1629CD08, 1630CD08, 1631CD08, 1632CD08, 1633CD08, 1634CD08.
Commonwealth Court of Pennsylvania.
August 11, 2009.
Decision Without Published Opinion Affirmed.